be changed upon the slight evidence that the use of the upper pipe was not really abandoned. The judgment should be affirmed, with costs. All concurred.

Charles F. Dougherty, Respondent, v. Trustees of the Village of Horseheads, Appellant.— Judgment affirmed, with costs. The court is not unanimous as to whether the facts proved are sufficient to support a finding of negligence on the part of the defendant.—

PER CURIAM: This case has heretofore been before the court upon appeal (73 Hun, 443), and the facts do not seem to be substantially different from what they then appeared to be. The trial has been had and conducted pursuant to the views expressed by the General Term upon the former appeal, and whatever may be the views of the several members of this court upon the questions involved, the orderly administration of justice and a proper regard for the interests of the parties litigating, require that we should consider the decision heretofore made upon those questions, as the law of this particular case until it is otherwise decided by the court of last resort. Out of respect, therefore, to the decision and opinion heretofore rendered in this case upon appeal and for the reason above stated, the judgment should be affirmed, with costs and disbursements. While the members of this court concur in this affirmance, for the reasons given, it is proper to state that the members thereof do not all concur in the view that, as an original proposition, the facts proved are sufficient to sustain the finding of negligence upon the part of the defendant. It is, therefore, ordered that the judgment and order be affirmed, with costs; the court not being unanimous in holding that the facts proved are sufficient to support the finding that the defendant was guilty of negligence, that fact should be entered in the order. All concurred.

Jennie Allen, Respondent, v. Charles Grace, Appellant.— Judgment of County Court affirmed, with costs. No opinion. All concurred.

William Francisco, Respondent, v. The Troy and Lansingburgh Railroad Company, Appellant.—Judgment and order affirmed, with costs. The court is not unanimous in questions of fact involved in the case. No opinion. All concurred.

Lawrence Mullen, Respondent, v. The Town of Rockland, Appellant — Judgment affirmed, with costs. No opinion. All concurred.

L. Starr Wortman, Appellant, v. Elizabeth J. Seaman, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

August Wicke, Respondent, v. The Albany Railway, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred. Herrick and Landon, JJ., not sitting.

Edward Butcher, Jr., Appellant, v. John L. Henning, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied.

Defrees Critten and Others v. Charles W. Vredenburgh.— Motion for leave to appeal to the Court of Appeals granted, without costs. Question certified being, "Was the statement sufficient under subdivision 2 of section 1274 of the Code ?"

Charles R. Eddy, Respondent, v. Mary Warner, Appellant.— Judgment and order affirmed, with costs. All concurred. No opinion.

Elizabeth T. Favro, Respondent, v. The Troy and West Troy Bridge Company, Appellant. — Motion to modify the order entered denied, without costs.

Wilmer H. Fitch, Respondent, v. Napoleon Olena, Appellant.— Judgment affirmed, with costs. All concurred. No opinion.

Henry Frichette, Appellant, v. The Alice Falls Company, Respondent.— Judgment affirmed, with costs. All concurred. No opinion.

In the Matter of the Last Will and Testament of Ira Parish, Deceased.— Decree of Surrogate's Court reversed and the issues of fact to be tried by a jury in Otsego County; costs of this appeal to be paid out of the estate; issues to be settled as stated in the opinion. Opinion per curiam Not published by direction of Landon, J.

August Granz, Respondent, v. Louis Lichtenheim, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, excepting Landon, J., not voting.

The Importers and Traders' National Bank of New York, Respondent, v. Cebra Quackenbush, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred. No opinion. Herrick, J., not acting.

Elizabeth Laufer, Appellant, v. Joseph I. Sayles, Respondent.— Judgment affirmed, with costs. All concurred. No opinion.

In the Matter of the Estate of Andrew Kipp, Intestate, Deceased; William E. Kipp, Administrator, Appellant, v. Nettie E. V. Peabody and George F. L. Kipp, Respondents.— Order affirmed, with ten dollars and disbursements. All concurred. No opinion.

Frederick G. Mather, Respondent, v. The Standard Publishing Company, Appellant.— Judgment and order affirmed, with costs. All concurred. No opinion.

David K. McCarthy and Others v. Frederick P. Ockerman.— Motion to modify the judgment entered upon the appeal in this action, so that it will conform to the memorandum of decision handed down by the General Term, granted, with ten dollars costs and disbursements.

Levi T. Safford, Appellant, v. Urban S. Stevens, Respondent. — Order affirmed, with costs. All concurred. No opinion

William Hazlitt Smith and Others, Respondents, v. Arad S. Beach, Appellant.— Judgment affirmed, with costs. All concurred. No opinion.

Roswell Warner, Respondent, v. Walter S. White, as Executor of Celia O. Miller, Deceased, Appellant. — Judgment affirmed, with costs. All concurred. No opinion.

Frederick Weiler v. Equitable Aid Union.— Motion for leave to appeal to the Court of Appeals denied, without costs.